Cite as 2025 Ark. App. 288

# ARKANSAS COURT OF APPEALS

DIVISION III
No. CR-24-620

| | | |
|---|---|---|
| | | Opinion Delivered May 7, 2025 |
| MICHAEL GOODSON | | |
| | APPELLANT | APPEAL FROM THE CRAIGHEAD COUNTY CIRCUIT COURT, WESTERN DISTRICT |
| V. | | [NO. 16JCR-17-1615] |
| STATE OF ARKANSAS | | |
| | APPELLEE | HONORABLE CHRIS THYER, JUDGE |
| | | AFFIRMED |

## STEPHANIE POTTER BARRETT, Judge

Michael Goodson appeals the order of the Craighead County Circuit Court revoking his probation in case number 16JCR-17-1615. On appeal, Goodson argues the circuit court erred in revoking his probation because the State did not present sufficient evidence.

On January 10, 2023, Goodson pleaded guilty to possession of methamphetamine, two to ten grams, and the circuit court sentenced him to five years' probation. The terms and conditions of his probation included that he be of good behavior and not violate any laws. The State filed a petition to revoke Goodson's probation on May 9, 2024, alleging that Goodson had failed to live a law-abiding life and was found to be in possession of methamphetamine on April 9, 2024. At the June 11, 2024 hearing, the circuit court granted the State's petition to revoke.

Goodson's probation was also revoked in two other cases, 16JCR-17-1007 and 16JCR-22-285, both of which are now before this court.[1] We adopt the determinations made in the companion case *Goodson v. State*, 2025 Ark. App. 287, ___ S.W.3d ___.

Affirmed.

HARRISON and TUCKER, JJ., agree.

*Terry Goodwin Jones*, for appellant.

*Tim Griffin*, Att'y Gen., by: *Michael Zangari*, Ass't Att'y Gen., for appellee.

---

[1]The circuit court held a combined revocation hearing for all three cases but issued separate sentencing orders in each case. Goodson has filed separate appeals, and today we hand down opinions in all three cases. *See Goodson v. State*, 2025 Ark. App. 286, ___ S.W.3d ___; *Goodson v. State*, 2025 Ark. App. 287, ___ S.W.3d ___.